```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 31825
   ELIZABETH JOHNSON-HINTON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-2562
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/14/05 and confirmed on 05/19/05.

2. The case was dismissed after confirmation, 09/07/2007.

3. The Debtor paid a total of $ 17712.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| FLEET FIN/WASHINGTON MUT | SECURED | .00 | .00 | .00 |
| ACME CONTINENTAL C U | UNSECURED | 16477.89 | .00 | 5794.71 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6250.00 | .00 | 2213.86 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2578.27 | .00 | 913.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1619.40 | .00 | 575.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DAYTON HUDSON CORP/TARGE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2080.48 | .00 | 735.51 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1000.55 | .00 | 353.53 |
| EXXON MBGA CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2823.49 | .00 | 997.09 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 7399.71 | .00 | 2584.55 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 40229.79 | .00 | 40229.79 |
| PRINCIPAL PAID | .00 | .00 | 14167.84 | .00 | 14167.84 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 14167.84 | .00 | 14167.84 |

The Debtor's attorney, HELLER & RICHMOND                , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    670.16 .

Refunds to the Debtor totaled $   674.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE